UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __9__

-----------------------------------------

Lugo
-v-
N.Y.C.H.A.

-----------------------------------------

U.S.C.A. # _____

U.S.D.C. # __07-cv-8501__

JUDGE: __KIMBA M. WOOD__

DATE: __NOVEMBER 09, 2007__

# INDEX TO THE RECORD ON APPEAL

*U.S. DISTRICT COURT FILED NOV 0 9 2007 S.D. OF N.Y.*

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------------

**DOCUMENT DESCRIPTION**                                                    DOC. #

_____CLERK'S CERTIFICATE_____   _____

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__   _____

(**XXX**) Original Record                                      (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 9TH Day of November, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

Lugo

-v-

N.Y.C.H.A.

---

U.S.C.A. # _____

U.S.D.C. # 07-cv-8501

JUDGE: KIMBA M. WOOD

DATE: NOVEMBER 09, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __8__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                     Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 9TH Day of November In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-08501-KMW
### Internal Use Only

Lugo v. N.Y.C. Housing Authority
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 10/02/2007
Date Terminated: 11/08/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Mario Lugo.(tro) (Entered: 10/11/2007) |
| 10/02/2007 | 2 | COMPLAINT against N.Y.C. Housing Authority. Document filed by Mario Lugo.(tro) (Entered: 10/11/2007) |
| 10/02/2007 | | Magistrate Judge Andrew J. Peck is so designated. (tro) (Entered: 10/11/2007) |
| 10/02/2007 | 3 | 60 DAYS ORDER....The plaintiff is hereby directed to file an amended complaint detailing his civil rights claim. It must be submitted to this Court's Pro Se Office within sixty (60) days of the date of this order...No summons shall be issued at this time and all further proceedings shall be stayed for sixty (60) days or until plaintiff has complied with this order. If plaintiff fails...the complaint will be dismissed. Once submitted, the amended complaint shall be reviewed for compliance with this order and substantive sufficiency and then, if proper, the case shall be reassigned to a district judge in accordance with the procedures of the Clerk's Office. We certify pursuant to 28 U.S.C. 1915(a)...that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/2/07) (tro) (Entered: 10/11/2007) |
| 10/02/2007 | 4 | MOTION to Appoint Counsel. Document filed by Mario Lugo.(tro) (Entered: 10/11/2007) |
| 10/31/2007 | 5 | AMENDED COMPLAINT against N.Y.C. Housing Authority amending [2] Complaint with JURY DEMAND.Document filed by Mario Lugo. Related document: [2] Complaint filed by Mario Lugo.(djc) (Entered: 11/05/2007) |
| 11/08/2007 | 6 | JUDGMENT that plaintiff's complaint is dismissed because it fails to allege any facts establishing subject matter jurisdiction, and fails to state a claim upon which relief may be granted. (Signed by Judge Kimba M. Wood on 11/08/07) (ml) (Entered: 11/08/2007) |
| 11/08/2007 | 7 | NOTICE OF APPEAL from [6] Judgment. Document filed by Mario Lugo. Copies mailed to attorney(s) of record: Corporation Counsel. (tp) (Entered: 11/09/2007) |
| 11/08/2007 | | Appeal Remark as to [7] Notice of Appeal filed by Mario Lugo. $455.00 APPEAL FEE DUE. IFP REVOKED 11/8/07. (tp) (Entered: 11/09/2007) |
| 11/08/2007 | 8 | ORDER OF DISMISSAL: the complaint is dismissed because the action fails to allege any facts establishing subject matter jurisdiction, and fails to state a claim upon which relief may be granted. To the extent that plaintiff seeks injunctive relief, the application is denied as moot. The Court certifies that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/8/07) (kco) (Entered: 11/13/2007) |
| 11/09/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [7] Notice of Appeal. (tp) (Entered: 11/09/2007) |
| 11/09/2007 | | Transmission of Notice of Appeal to the District Judge re: [7] Notice of Appeal. (tp) (Entered: 11/09/2007) |