# MANDATE

S.D.N.Y.-N.Y.C.
07-cv-8501
Wood, C.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22ⁿᵈ day of February , two thousand eight,

Present:

      Hon. Amalya L. Kearse,
      Hon. Guido Calabresi,
      Hon. Robert A. Katzmann,
              *Circuit Judges.*



UNITED STATES COURT OF APPEALS
FILED
FEB 2 2 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

Mario Lugo,

          *Plaintiff-Appellant,*

      v.                             07-5045-cv

New York City Housing Authority,

          *Defendant-Appellee.*

---

Appellant, *pro se,* moves for leave to proceed *in forma pauperis* and for "Error of Judgment." Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams,* 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _D. Holmes_
      DEPUTY CLERK

SAO-ED

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _[signature]_

JUDGMENT MANDATE ISSUED:  APR - 2 2008